

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00501-CV

_____

GREG STAATS, Appellant

V.

DR. JAMIE SINGLEY, DDS DENTURES & IMPLANT SOLUTIONS, AFFORDABLE DENTURES & IMPLANTS-FORT WORTH, P.A., AFFORDABLE DENTURES & IMPLANTS, TEXAS, PLLC, AND DDS DENTURES AND IMPLANTS, Appellees

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-334018-22

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On December 18, 2024, we notified Appellant that the trial-court clerk responsible for preparing the record in this appeal had informed us that Appellant has not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, Appellant arranged to pay for the clerk's record and provided us with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Because Appellant has not made payment arrangements for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 30, 2025